IN RE GENERIC DRUG PRICING
ANTITRUST LITIGATION

MDL DOCKET NO. _____

## MOTION OF INDIRECT PURCHASER PLAINTIFFS IN SUPPORT OF THE TRANSFER TO AND CONSOLIDATION OR COORDINATION OF RELATED ANTITRUST ACTIONS IN THE EASTERN DISTRICT OF PENNSYLVANIA FOR PRETRIAL PROCEEDINGS

Plaintiffs (1) Tulsa Firefighters Health & Welfare Trust, (2) UFCW Local 1500 Welfare Fund, (3) International Union of Operating Engineers Local 30 Benefits Fund, (4) Nina Diamond, (5) Twin Cities Pipe Trades Welfare Fund, (6) Minnesota Laborers Health and Welfare Fund, (7) Edward Carpinelli, (8) Fraternal Order of Police, Miami Lodge 20 Insurance Trust Fund, and (9) NECA-IBEW Welfare Trust Fund (together, the "Movants") respectfully move this MDL Panel, pursuant to 28 U.S.C. § 1407, for an order transferring and centralizing all currently filed and subsequent "tag along" class actions alleging anticompetitive conduct in the markets for generic digoxin and doxycycline to the United States District Court for the Eastern District of Pennsylvania for consolidated or coordinated pretrial proceedings. In support of their motion, Movants state:

1. To date, ten class actions have been filed against Defendants, generic drug manufacturers that produce and sell generic digoxin, doxycycline, or both.[1] These ten actions, set forth in the accompanying Schedule of Related Actions, are pending in two districts: nine cases in the Eastern District of Pennsylvania and one in the District of Rhode Island.

---

[1] An antitrust class action on behalf of direct purchasers of generic doxycycline and digoxin was filed on May 19, 2016. *See KPH Healthcare Srvs. Inc. v. Lannett Company, Inc., et al.*, No. 2:16-cv-02432 (E.D. Pa.). This action is not included in this Motion, but Movants respectfully submit that it should be coordinated (not consolidated) with the Related Actions.

2. Centralization of the Related Actions will promote the goals of 28 U.S.C. § 1407 by conserving judicial resources, reducing litigation costs, preventing potentially inconsistent pretrial rulings, eliminating duplicative discovery, and permitting the cases to proceed more efficiently. The Related Actions are class actions that arise out of Defendants' conspiracy to fix, raise, maintain, and stabilize the prices of generic digoxin and doxycycline in violation of the Sherman Act and various state antitrust and consumer protection laws.

3. The Related Actions are in their early stages. No responsive pleadings or dispositive motions have been filed nor has any discovery been conducted. Centralization of these actions at this early stage will allow the transferee court to efficiently resolve the common factual and legal issues and address overlapping discovery related to these issues.

4. The Related Actions should be transferred and consolidated or coordinated in the Eastern District of Pennsylvania for the following reasons:

- All the Related Actions have been filed in the Eastern District of Pennsylvania, save one;

- Nearly all Defendants are either headquartered in or have significant business operations in or near the Eastern District of Pennsylvania, which is geographically accessible and convenient. It is also far more likely that relevant documents and witnesses will be found in and around the Eastern District of Pennsylvania than the more distant and less accessible District of Rhode Island;

- A grand jury investigating the conduct alleged in the complaints has been empaneled in the Eastern District of Pennsylvania, thus coordination would be most efficient there;

- The Eastern District of Pennsylvania has demonstrated considerable expertise in the management of complex antitrust cases, including those, like this case, that involve allegations of anticompetitive conduct in the pharmaceuticals industry; and

- The Eastern District of Pennsylvania is where the first case was filed, and Judge Cynthia M. Rufe, to whom the first-filed case was assigned, is an experienced MDL judge, particularly in actions relating to pharmaceuticals.

5. This motion is based on the accompanying Memorandum of Law and Schedule of Related Actions filed concurrently with this motion.

WHEREFORE, Movants respectfully request that the MDL Panel order that the Related Action pending outside the Eastern District of Pennsylvania, which is listed in the accompanying Schedule of Actions, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the Eastern District of Pennsylvania for consolidated or coordinated pretrial proceedings.

Dated: May 19, 2016

Respectfully submitted,

/s/ Gregory S. Asciolla
GREGORY S. ASCIOLLA
JAY L. HIMES
KARIN E. GARVEY
MATTHEW J. PEREZ
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
mperez@labaton.com

*Counsel for Plaintiffs Tulsa Firefighters Health and Welfare Trust and UFCW Local 1500 Welfare Fund*

**FINE, KAPLAN AND BLACK, R.P.C.**
ROBERTA D. LIEBENBERG
PAUL COSTA
ADAM J. PESSIN
One South Broad Street, Suite 2300
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872

**GOLDMAN, SCARLATO & PENNY P.C.**
MARK GOLDMAN
PAUL SCARLATO
Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel: (484) 342-0700
goldman@lawgsp.com
scarlato@lawgsp.com

3

rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Counsel for Plaintiffs Tulsa Firefighters Health and Welfare Trust and UFCW Local 1500 Welfare Fund*

**HAUSFELD LLP**
BRENT W. LANDAU
GARY I. SMITH
325 Chestnut St., Suite 900
Philadelphia, PA, 19106
Tel. (215) 985-3270
Fax. (215) 985-3271
blandau@hausfeld.com
gsmith@hausfeld.com

**HAUSFELD LLP**
MICHAEL P. LEHMANN
BONNY E. SWEENEY
CHRISTOPHER L. LEBSOCK
STEPHANIE Y. CHO
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel. (415) 633-1908
Fax. (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

**HAUSFELD LLP**
MICHAEL D. HAUSFELD
JEANNINE M. KENNEY
1700 K Street NW, Suite 650
Washington, DC 20006
Tel. (202) 540-7200
Fax. (202) 540-7201
mhausfeld@hausfeld.com

**HACH ROSE SCHIRRIPA
 & CHEVERIE LLP**
FRANK R. SCHIRRIPA
185 Madison Avenue, 14th Floor
New York, NY 10016
fschirripa@hrsclaw.com

*Counsel for Plaintiffs Tulsa Firefighters Health and Welfare Trust and UFCW Local 1500 Welfare Fund*

**LITE DEPALMA GREENBERG, LLC**
MINDEE J. REUBEN
STEVEN J. GREENFOGEL
1835 Market Street, Suite 2700
Philadelphia, PA 19103
SJG Direct Dial: (973) 877-3819
MJR Direct Dial: (267) 314-7980
Fax: (973) 623-0858
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

**SARRAF GENTILE LLP**
JOSEPH GENTILE
14 Bond Street, Suite 212
Great Neck, New York 11021
Telephone: 516-699-8890
Facsimile: 516-699-8968
joseph@sarrafgentile.com

*Attorneys for Plaintiff Nina Diamond*

Telephone: (212) 213-8311
Fax: (212) 779-0028

*Attorneys for Plaintiff International Union of Operating Engineers Local 30 Benefits Fund*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
HEIDI M. SILTON
KAREN HANSON RIEBEL
W. JOSEPH BRUCKNER
RICHARD A. LOCKRIDGE
KATE M. BAXTER-KAUF
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com
wjbruckner@locklaw.com
ralockridge@locklaw.com
kmbaxter-kauf@locklaw.com

**BOLOGNESE & ASSOCIATES, LLC**
ANTHONY J. BOLOGNESE
JOSHUA H. GRABAR (JHG-1707)
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel: (215) 814-6750
Fax: (215) 814-6764
ABolognese@bolognese-law.com
jgrabar@bolognese-law.com

**CARLSON LYNCH LTD**
GARY F. LYNCH
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Tel: (412) 322-9243
Fax: ( 412) 231-0246
glynch@carlsonlynch.com

**SPECTOR ROSEMAN KODROFF & WILLIS P.C.**
JEFFREY L. KODROFF
JOHN A. MACORETTA
JONATHAN M. JAGHER
1818 Market Street, Suite 2500

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
HEIDI M. SILTON
KAREN HANSON RIEBEL
W. JOSEPH BRUCKNER
RICHARD A. LOCKRIDGE
KRISTEN G. MARTTILA
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com
wjbruckner@locklaw.com
ralockridge@locklaw.com
kgmarttila@locklaw.com

**BOLOGNESE & ASSOCIATES, LLC**
ANTHONY J. BOLOGNESE
JOSHUA H. GRABAR (JHG-1707)
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel: (215) 814-6750
Fax: (215) 814-6764
ABolognese@bolognese-law.com
jgrabar@bolognese-law.com

**CARLSON LYNCH LTD**
GARY F. LYNCH
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Tel: (412) 322-9243
Fax: ( 412) 231-0246
glynch@carlsonlynch.com

**SPECTOR ROSEMAN KODROFF & WILLIS P.C.**
JEFFREY L. KODROFF
JOHN A. MACORETTA
JONATHAN M. JAGHER
1818 Market Street, Suite 2500

Philadelphia, P A 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com
jjagher@srkw-law.com

*Counsel for Plaintiff Twin Cities Pipe Trades Welfare Fund*

Philadelphia, P A 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com
jjagher@srkw-law.com

**FREED KANNER LONDON & MILLEN LLC**
WILLIAM H. LONDON
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
wlondon@fklmlaw.com

**CHRISTIAN SANDE LLC**
CHRISTIAN M. SANDE
310 Clifton Avenue, #300
Minneapolis, MN 55403
Tel: (612) 387-1430
Fax: (612) 677-3078
Christian@christiansande.com

*Counsel for Plaintiff Minnesota Laborers Health And Welfare Fund*

**POMERANTZ LLP**
JAYNE A. GOLDSTEIN
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel: (561) 270-0795
jagoldstein@pomlaw.com

**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
NATALIE FINKELMAN BENNETT
35 East State Street
Media, PA 19063
Tel: 610-891-9880
nfinkelman@sfmslaw.com

**NUSSBAUM LAW GROUP, P.C**.
LINDA P. NUSSBAUM
BRADLEY J. DEMUTH

**BARRACK, RODOS & BACINE**
JEFFREY B. GITTLEMAN
GERALD J. RODOS
CHAD A. CARDER
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
GRodos@barrack.com
JGittleman@barrack.com
Ccarder@barrack.com

**SAVERI & SAVERI, INC.**
R. ALEXANDER SAVERI
CADIO ZIRPOLI
TRAVIS L. MANFREDI
706 Sansome Street

570 Lexington Avenue, 19 Fl.
New York, NY 10022
Tel: (212) 722-7053
lnussbaum@nussbaumpc.com
bdemuth@nussbaumpc.com

*Counsel for Plaintiff Fraternal Order of Police, Miami Lodge 20 Insurance Trust Fund*

San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
rick@saveri.com
cadio@saveri.com
travis@saveri.com

**HADSELL STORMER & RENICK, LLP**
RANDY RENICK
128 N. Fair Oaks Ave.
Pasadena, California 91001
Telephone: 626 585-9600
Facsimile: 626 585-9610
rrr@hadsellstormer.com

**BONSIGNORE TRIAL LAWYERS, PLLC**
ROBERT J. BONSIGNORE
LISA A. SLEBODA
WENDY K. ANGULO
3771 Meadowcrest Drive
Las Vegas, NV 89121
Telephone: (781) 856-7650
Facsimile: (702) 852-5726
rbonsignore@class-actions.us
lsleboda@class-actions.us
wangulo@class-actions.us

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
Allan Steyer
D. Scott Macrae
One California Street
Suite 300
San Francisco, CA 94111
Phone: (415) 421-3400
Fax: (415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com

*Counsel for Plaintiff Edward Carpinelli*

**LAW OFFICES OF MARC S. HENZEL**
MARC S. HENZEL
230 Old Lancaster Road, Suite B
Merion Station, PA 19066
Telephone: 610/660-8000

Fax: 610/660-8080
mhenzel@henzellaw.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
DAVID W. MITCHELL
BRIAN O. O'MARA
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
ARTHUR L. SHINGLER III
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
ashingler@rgrdlaw.com

**CAVANAGH & O'HARA**
PATRICK J. O'HARA
2319 West Jefferson Street
Springfield, IL 62702
Telephone: 217/544-1771
Fx: 217/544-9894

*Counsel for Plaintiff NECA-IBEW Welfare Trust Fund*