# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | IN RE GENERIC DRUG PRICING ANTITRUST LITIGATION | MDL DOCKET NO. |
|---|---|---|

## SCHEDULE OF RELATED ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:**<br>International Union of Operating Engineers Local 30 Benefits Fund<br>**Defendants:**<br>Lannett Company, Inc., Impax Laboratories, Inc., West-Ward Pharmaceuticals Corporation, Allergan plc; Mylan Pharmaceuticals, Inc., and Par Pharmaceutical Companies, Inc. | E.D. Pa. | 2:16-cv-00990 | Cynthia M. Rufe |
| 2. | **Plaintiff:**<br>NECA-IBEW Welfare Trust Fund<br>**Defendants:**<br>Allergan plc, Lannett Company, Inc., Par Pharmaceutical Companies, Inc., Impax Laboratories, Mylan Inc. and West-Ward Pharmaceutical Corp. | E.D. Pa. | 2:16-cv-01371 | Cynthia M. Rufe |
| 3. | **Plaintiff:**<br>Tulsa Firefighters Health and Welfare Trust<br>**Defendants:**<br>Allergan plc, Impax Laboratories, Inc., The Lannett Company, Inc., Mylan Inc., Par Pharmaceuticals, Inc., Sun Pharmaceutical Industries Co., and West-Ward Pharmaceutical Corp. | E.D. Pa. | 2:16-cv-01388 | Cynthia M. Rufe |
| 4. | **Plaintiff:**<br>Twin Cities Pipe Trades Welfare Fund[1]<br>**Defendants:**<br>Lannett Company, Inc., Impax Laboratories, Inc., West-Ward Pharmaceuticals Corporation, Allergan plc; Mylan Pharmaceuticals, Inc., and Par Pharmaceutical Companies, Inc. | E.D. Pa. | 2:16-cv-01534 | Cynthia M. Rufe |

---

[1] The attached docket sheet for this action lists "Pipe Trades Services MN" as a plaintiff. However, this plaintiff was dismissed on April 13, 2016 after the complaint was amended.

| | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 5. | **Plaintiff:**<br>Edward Carpinelli<br>**Defendants:**<br>Lannett Company, Inc.; Impax Laboratories, Inc.; West-Ward Pharmaceuticals Corporation; Allergan plc; Mylan Pharmaceuticals, Inc.; and Par Pharmaceutical Companies, Inc. | E.D. Pa. | 2:16-cv-01954 | Cynthia M. Rufe |
| 6. | **Plaintiff:**<br>Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund<br>**Defendants:**<br>Lannett Company, Inc., Allergan PLC, Impax Laboratories, Inc., Mylan Inc., Par Pharmaceuticals, Inc., Sun Pharmaceuticals Industries Co., and West-Ward Pharmaceutical Corp. | E.D. Pa. | 2:16-cv-02031 | Cynthia M. Rufe |
| 7. | **Plaintiff:**<br>Nina Diamond<br>**Defendants:**<br>Lannett Company, Inc., Impax Laboratories, Inc., West-Ward Pharmaceuticals Corporation; Allergan plc; Mylan Pharmaceuticals, Inc.; and Par Pharmaceutical Companies, Inc. | E.D. Pa. | 2:16-cv-02077 | Cynthia M. Rufe |
| 8. | **Plaintiff:**<br>UFCW Local 1500 Welfare Fund<br>**Defendants:**<br>Allergan PLC, Impax Laboratories, Inc., Lannett Company, Inc. Mylan Inc., Mylan Pharmaceuticals Inc., Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Sun Pharmaceutical Industries Ltd., Sun Pharmaceutical Industries, Inc. and West-Ward Pharmaceuticals Corp. | E.D. Pa. | 2:16-cv-02169 | Cynthia M. Rufe |
| 9. | **Plaintiff:**<br>Minnesota Laborers Health and Welfare Fund<br>**Defendants:**<br>Lannett Company, Inc., Impax Laboratories, Inc., West-Ward Pharmaceuticals Corporation, Allergan plc, Mylan Pharmaceuticals, Inc., and Par Pharmaceutical Companies, Inc. | E.D. Pa. | 2:16-cv-02191 | Cynthia M. Rufe |
| 10. | **Plaintiff:**<br>The City of Providence, Rhode Island<br>**Defendants:**<br>Allergan PLC, Actavis PLC, Lannett Company, Inc. Par Pharmaceutical Companies, Inc., Impax Laboratories, Inc., Mylan Inc. and West-Ward Pharmaceutical Corp. | D.R.I. | 1:16-cv-00214 | Mary M. Lisi |