BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL No. 16-2724 |

**RULE 7.1 DISCLOSURE STATEMENT OF ZYDUS PHARMACEUTICALS (USA), INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Zydus Pharmaceuticals (USA), Inc. ("Zydus") makes the following disclosure statement:

1. Zydus' parent corporation is Zydus International Private, Ltd.

2. No publicly-held corporation owns 10 percent or more of Zydus' stock.

Dated:  February 2, 2017

*/s/Joseph E. Wolfson*_____
Joseph E. Wolfson
STEVENS & LEE
620 Freedom Business Center
Suite 200
King of Prussia, PA  19406
Telephone:  (610) 205-6019
Facsimile:  (610) 337-4374
Email:  jwo@stevenslee.com

*Attorney for Defendant Zydus Pharmaceuticals (USA), Inc.*