# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____2724_____ & TITLE - IN RE: ___Generic Digoxin & Doxycycline Antitrust Litig.___

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Attached
_____

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for ___West-Ward Pharm. Corp.___, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑     This party's parent corporation(s) are listed below:

See attached

☑     The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

See attached

**OR**

☐     This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.


/s/ Jan P. Levine
_____          Pepper Hamilton LLP
       Signature of Attorney                _____
                                                     Name of Firm

3000 Two Logan Square
_____          Philadelphia, PA 19103
         Address                            _____
                                                   City/State/Zip Code

         2/17/2017
Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document.  All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GENERIC DIGOXIN &
DOXYCYCLINE ANTITRUST
LITIGATION** | **MDL NO. 2724** |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Interested Party West-Ward Pharmaceuticals Corp. ("West-Ward") states that:

1. Eurohealth (USA), Inc., its parent corporation, owns 10% or more of West-Ward's stock.

2. Eurohealth (U.S.A.) Inc. is an indirect, wholly-owned subsidiary of Hikma Pharmaceuticals PLC, a publicly held corporation.

3. Hikma Pharmaceuticals, PLC does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

PEPPER HAMILTON LLP

/s/ Jan P. Levine
Jan P. Levine
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
levinej@pepperlaw.com

Dated:  February 17, 2017

**SHORT CAPTIONS**[1]

| Case Name | Case Number | Court | Judge |
|---|---|---|---|
| FWK Holdings, LLC v. Fougera Pharmaceuticals, Inc. et al. | 16-cv-9897 | SDNY | Pauley |
| Cesar Castillo, Inc. v. Fougera Pharmaceuticals, Inc. et al. | 16-cv-10063 | SDNY | Pauley |
| FWK Holdings LLC v. Fougera Pharmaceuticals, Inc. et al. | 16-cv-9898 | SDNY | Pauley |
| FWK Holdings LLC v. Teligent, Inc. et al. | 16-cv-9475 | DNJ | Bumb |
| FWK Holdings LLC v. Fougera Pharmaceuticals, Inc. et al. | 16-cv-9899 | SDNY | Pauley |
| Cesar Castillo, Inc. v. Fougera Pharmaceuticals, Inc. et al. | 16-cv-9956 | SDNY | Pauley |
| FWK Holdings, LLC v. Lannett Company, Inc. et al. | 16-cv-9900 | SDNY | Wood |
| Cesar Castillo, Inc. v. Fougera Pharmaceuticals, Inc. et al. | 16-cv-9949 | SDNY | Wood |
| FWK Holdings LLC v. Actavis Elizabeth LLC et al. | 16-cv-9901 | SDNY | Rakoff |
| Cesar Castillo, Inc. v. Actavis Elizabeth, LLC et al. | 17-cv-0078 | SDNY | Rakoff |

---

[1] West-Ward Pharmaceuticals Corp. ("West-Ward") appears only as an interested party in connection with the Motion to Transfer filed on January 5, 2017. (Doc. No. 125.) West-Ward is not a defendant in the cases referenced on this short caption case list, and the attachment of this list shall not be considered an appearance or consent to jurisdiction in any of the referenced cases.

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GENERIC DIGOXIN & DOXYCYCLINE ANTITRUST LITIGATION** | **MDL NO. 2724** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States

Judicial Panel on Multidistrict Litigation, I hereby certify that, on February 17, 2017, I caused a

true and correct copy of the foregoing Corporate Disclosure Statement to be served via the

Court's ECF system which will automatically send email notification of such filing to the

attorneys of record registered with the CM/ECF system.


Dated: February 17, 2017                              Respectfully submitted,

                                                     /s/ Jan P. Levine
                                                     Jan P. Levine
                                                     Pepper Hamilton LLP
                                                     3000 Two Logan Square
                                                     Eighteenth & Arch Streets
                                                     Philadelphia, PA  19103-2799
                                                     Tel. (215) 981-4000
                                                     Fax. (215) 981-4750
                                                     levinej@pepperlaw.com

                                                     *Counsel for Interested Party West-Ward
                                                     Pharmaceuticals Corp.*