BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: GENERIC PHARMACEUTICALS  MDL No. 2724
PRICING ANTITRUST LITIGATION

## SCHEDULE OF ACTIONS

|    | Caption | Civil Action No. | District | Judge |
|----|---------|------------------|----------|-------|
| 1. | Sergeants Benevolent Association Health and Welfare Fund<br><br>v.<br><br>Endo International plc, Endo Pharmaceutical, Inc., Qualitest Pharmaceuticals, Inc., Mylan Inc., Mylan Pharmaceuticals Inc., Sandoz, Inc., and Accord Healthcare, Inc. | 1:17-cv-02355 | Southern District of New York | Jesse M. Furman |