**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** MDL No. 2724

**SCHEDULE OF POTENTIAL TAG-ALONG ACTION**

| | Caption | Civil Action No. | District | Judge |
|---|---|---|---|---|
| 1. | New York City, Local 246, S.E.I.U. Welfare Benefits Fund; New York City, Local 246, S.E.I.U. Retirees Welfare Benefits Fund; Teamsters Local 237 Welfare Fund; Teamsters Local 237 Retirees Benefit Fund; Teamsters Local 237 Brentwood School District Health and Welfare Trust Fund; Teamsters Local 237 North Babylon School District Health and Welfare Trust Fund; Teamsters Local 237 Suffolk Regional Off-Track Betting Corp. Health and Welfare Trust Fund; Teamsters Plainview Old Bethpage Central School District Health and Welfare Trust Fund; Uniformed Sanitationmen's Association Security Benefit Fund; and Uniformed Sanitationmen's Association Retirees Welfare Fund; individually and on behalf of all others similarly situated, Plaintiffs, v. Lannett Company, Inc., Mylan Pharmaceuticals, Inc., and Sandoz, Inc., Defendants. | 1:17-cv-02467 | Southern District of New York | Unassigned |



1345721.1

Dated: April 13, 2017

Respectfully submitted,

By: */s/ Brendan P. Glackin*

Elizabeth J. Cabraser
Richard M. Heimann
Eric B. Fastiff
Brendan P. Glackin
Dean M. Harvey
Bruce W. Leppla
Michelle A. Lamy
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Email: ecabraser@lchb.com
Email: rheimann@lchb.com
Email: efastiff@lchb.com
Email: bglackin@lchb.com
Email: dharvey@lchb.com
Email: bleppla@lchb.com
Email: mlamy@lchb.com

Daniel E. Seltz
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9502
Email: dseltz@lchb.com
Email: amartin@lchb.com

*Attorneys for Plaintiffs 1199SEIU National Benefit Fund and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, Plaintiffs in the potential tag-along action, and the proposed Class*

Dan Drachler
Robert S. Schachter
Joseph Lipofsky

Sona Shah
ZWERLING SCHACHTER &
ZWERLING, LLP
41 Madison Ave.
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
Email: ddrachler@zsz.com
Email: rschacter@zsz.com
Email: jlipofsky@zsz.com
Email: sshah@zsz.com

*Attorneys for Plaintiff 1199SEIU National Benefit Fund, Plaintiffs in the potential tag-along action, and the proposed Class*