BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |

## SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | *MSPA Claims 1, LLC, MAO-MSO Recovery, LLC, MAO-MSO Recovery II, LLC v. Aurobindo Pharma USA, Inc., Citron Pharma, Inc., Heritage Pharmaceuticals, Inc., Mayne Pharma (USA), Inc., Mylan Pharmaceuticals, Inc., and Teva Pharmaceuticals, Inc.* | D. Conn. | No. 17-cv-144 | District Judge Vanessa L. Bryant |
| 2. | *State of Connecticut, State of Alabama, State of Arizona, State of California, State of Colorado, State of Delaware, State of Florida, State of Hawaii, State of Idaho, State of Illinois, State of Indiana, State of Iowa, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Mississippi, State of Montana, State of Nebraska, State of Nevada, State of New Hampshire, State of New Jersey, State of New York, State of North Carolina, State of North Dakota, State of Ohio, State of Oklahoma, State of Oregon, Commonwealth of Pennsylvania, State of South Carolina, State of Tennessee, State of Utah, State of Vermont, Commonwealth of Virginia, State of Washington and State of Wisconsin v. Aurobindo* | D. Conn. | No. 16-cv-2056 | District Judge Vanessa L. Bryant |

2

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
|  | *Pharma USA, Inc., Citron Pharma, Inc., Heritage Pharmaceuticals, Inc., Mayne Pharma (USA), Inc., Mylan Pharmaceuticals, Inc., and Teva Pharmaceuticals, Inc.* |  |  |  |
| 3. | *Dr. Pamela Gumbs, a sole proprietor d/b/a United Pharmacy, and Ed Nasrah, a sole proprietor d/b/a Daniels Pharmacy v. Aurobindo Pharma USA, Inc., Citron Pharma, Inc., Heritage Pharmaceuticals, Inc., and Teva Pharmaceuticals, Inc.* | N.D. Cal. | No. 17-cv-2084 | Magistrate Judge Joseph C. Spero |