**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | Master File No. 16-MD-2724 MDL No. 2724 HON. CYNTHIA M. RUFE |

**SCHEDULE OF ACTIONS**

*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, 3:19-cv-00710 (D. Conn.)

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**: THE STATE OF CONNECTICUT; THE STATE OF ALABAMA; THE STATE OF ALASKA; THE STATE OF ARIZONA; THE STATE OF COLORADO; THE STATE OF DELAWARE; THE STATE OF FLORIDA; THE STATE OF HAWAII; THE STATE OF IDAHO; THE STATE OF ILLINOIS; THE STATE OF INDIANA; THE STATE OF IOWA; THE STATE OF KANSAS; THE COMMONWEALTH OF KENTUCKY; THE STATE OF LOUISIANA; THE STATE OF MAINE; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MICHIGAN; THE STATE OF MINNESOTA; THE STATE OF MISSISSIPPI; THE STATE OF MISSOURI; THE STATE OF MONTANA; THE STATE OF NEBRASKA; THE STATE OF NEVADA; THE STATE OF NEW JERSEY; THE STATE OF NEW MEXICO; | United States District Court for the District of Connecticut | 3:19-cv-00710 | Hon. Michael P. Shea |

| THE STATE OF NEW YORK;<br>THE STATE OF NORTH<br>CAROLINA;<br>THE STATE OF NORTH DAKOTA;<br>THE STATE OF OHIO;<br>THE STATE OF OKLAHOMA;<br>THE STATE OF OREGON;<br>THE COMMONWEALTH OF<br>PENNSYLVANIA;<br>THE COMMONWEALTH OF<br>PUERTO RICO;<br>THE STATE OF RHODE ISLAND;<br>THE STATE OF SOUTH<br>CAROLINA;<br>THE STATE OF TENNESSEE;<br>THE STATE OF UTAH;<br>THE STATE OF VERMONT;<br>THE COMMONWEALTH OF<br>VIRGINIA;<br>THE STATE OF WASHINGTON;<br>THE STATE OF WEST VIRGINIA;<br>THE STATE OF WISCONSIN.<br><br>**Defendants**:<br>TEVA PHARMACEUTICALS USA,<br>INC.;<br>ACTAVIS HOLDCO US, INC.;<br>ACTAVIS PHARMA, INC.;<br>AMNEAL PHARMACEUTICALS,<br>INC.;<br>APOTEX CORP.;<br>ARA APRAHAMIAN;<br>AUROBINDO PHARMA U.S.A.,<br>INC.;<br>DAVID BERTHOLD;<br>BRECKENRIDGE<br>PHARMACEUTICAL, INC.;<br>JAMES (JIM) BROWN;<br>MAUREEN CAVANAUGH;<br>TRACY SULLIVAN DIVALERIO;<br>DR. REDDY'S LABORATORIES,<br>INC.;<br>MARC FALKIN;<br>GLENMARK PHARMACEUTICALS,<br>INC., USA;<br>JAMES (JIM) GRAUSO; | | | |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| KEVIN GREEN;<br>GREENSTONE LLC;<br>ARMANDO KELLUM;<br>LANNETT COMPANY, INC.;<br>LUPIN PHARMACEUTICALS, INC.;<br>MYLAN PHARMACEUTICALS INC.;<br>JILL NAILOR;<br>JAMES (JIM) NESTA;<br>PAR PHARMACEUTICAL COMPANIES, INC.;<br>NISHA PATEL;<br>PFIZER, INC.;<br>KONSTANTIN OSTAFICIUK;<br>DAVID REKENTHALER;<br>RICHARD (RICK) ROGERSON;<br>SANDOZ, INC.;<br>TARO PHARMACEUTICALS USA, INC.<br>UPSHER-SMITH LABORATORIES, LLC;<br>WOCKHARDT USA LLC;<br>ZYDUS PHARMACEUTICALS (USA), INC. | | | |