**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| *This document relates to*:<br><br>*State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc., et al.* | No. 2:19-cv-02407 (CMR) (E.D. Pa.)<br>No. 3:19-cv-00710 (MPS) (D. Conn.) |

**DEFENDANT TRACY SULLIVAN DIVALERIO'S STATEMENT OF JOINDER IN
THE RESPONSE IN OPPOSITION TO THE STATES' MOTION TO REMAND**

Defendant Tracy Sullivan DiValerio hereby joins the Response in Opposition to the States' Motion to Remand filed by defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals, LLC, Apotex Corp., Ara Aprahamian, Aurobindo Pharma U.S.A., Inc., Bausch Health Americas, Inc., Bausch Health US, LLC, Douglas Boothe, James Brown, Mitchell Blashinsky, Breckenridge Pharmaceutical, Inc., Maureen Cavanaugh, Citron Pharma, LLC, Marc Falkin, Dr. Reddy's Laboratories Inc., Glenmark Pharmaceuticals Inc., USA, James Grauso, Lannett Company, Inc., Kevin Green, Lupin Pharmaceuticals, Inc., Rajiv Malik, Mayne Pharma Inc., Mylan Inc, Mylan Pharmaceuticals Inc., James Nesta, Michael Perfetto, Perrigo New York Inc., Sandoz Inc., Fougera Pharmaceuticals Inc., David Rekenthaler, Richard Rogerson, Teva Pharmaceuticals

USA Inc., Upsher-Smith Laboratories, LLC, John Wesolowski, Wockhardt USA LLC, Zydus Pharmaceuticals (USA), Inc.

Dated: November 30, 2023

Respectfully submitted,

/s/ *Amy B. Carver*
Amy Carver
Welsh & Recker
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Fax: (985) 617-1021
abcarver@welshrecker.com

*Counsel for Tracy Sullivan DiValerio*