BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| *This document relates to*:<br><br>*State of Connecticut et al. v. Aurobindo Pharma USA, Inc., et al.*<br><br>*State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc., et al.*<br><br>*State of Connecticut et al. v. Sandoz, Inc., et al.* | No. 2:17-cv-03768 (CMR) (E.D. Pa.)<br>No. 3:16-cv-02056 (VLB) (D. Conn.)<br><br>No. 2:19-cv-02407 (CMR) (E.D. Pa.)<br>No. 3:19-cv-00710 (MPS) (D. Conn.)<br><br>No. 2:20-cv-03539 (CMR) (E.D. Pa.)<br>No. 3:20-cv-00802 (SRU) (D. Conn.) |

**REASONS WHY ORAL ARGUMENT SHOULD BE HEARD**

Pursuant to Rule 11.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals, LLC, Apotex Corp., Ara Aprahamian, Aurobindo Pharma U.S.A., Inc., Bausch Health Americas, Inc., Bausch Health US, LLC, Douglas Boothe, James Brown, Mitchell Blashinsky, Breckenridge Pharmaceutical, Inc., Maureen Cavanaugh, Citron Pharma, LLC, Tracy Sullivan DiValerio, Marc Falkin, Dr. Reddy's Laboratories Inc., Glenmark Pharmaceuticals Inc., USA, James Grauso, Lannett Company, Inc., Kevin Green, Lupin Pharmaceuticals, Inc., Rajiv Malik, Mayne Pharma Inc., Mylan Inc., Mylan Pharmaceuticals Inc., James Nesta, Michael Perfetto, Perrigo New York Inc., Sandoz Inc., Fougera Pharmaceuticals Inc., David Rekenthaler, Richard Rogerson, Teva Pharmaceuticals USA Inc., Upsher-Smith Laboratories, LLC, John Wesolowski, Wockhardt USA LLC, and

Zydus Pharmaceuticals (USA), Inc. (collectively, the "Undersigned Defendants") respectfully submit that oral argument should be heard on their Response in Opposition to the States' Motion to Remand (ECF No. 498) (the "Response").

*First*, dispositive issues have not been authoritatively decided.  *See* R.P.J.P.M.L. § 11.1(c)(i).  Indeed, the Motion to Remand in this MDL raises new issues compared to the Motion to Remand the Panel considered in *In re Google Digital Advert. Antitrust Litig.*, MDL No. 3010, 2023 WL 3828612 (J.P.M.L. June 5, 2023).  These include waiver, procedural complexities specific to this MDL, and Third Circuit precedent regarding retroactivity which, unlike in *Google*, would apply to appellate review here.  *See* Response at 6–19.

*Second*, oral argument would significantly aid the Panel's decisional process, as it will allow the parties to illuminate the legal and procedural nuances at issue in this case, and to update the Panel on any developments arising after the filing of the Response.  *See* R.P.J.P.M.L. § 11.1(c)(ii).

For these reasons, the Undersigned Defendants respectfully request that the Panel permit oral argument on the Undersigned Defendants' Response in Opposition to the States' Motion to Remand.

Dated: December 7, 2023

/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

*Counsel for Upsher-Smith Laboratories, LLC*

/s/ Sheron Korpus
Sheron Korpus
Seth A. Moskowitz
Seth B. Davis
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com

*Counsel for Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

/s/ Robin P. Sumner
Robin P. Sumner
Melissa Hatch O'Donnell
Michael J. Hartman
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
robin.sumner@troutman.com
melissa.odonnell@troutman.com
michael.hartman@troutman.com

*Counsel for Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals, LLC*

/s/ James W. Matthews
James W. Matthews
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com

*Counsel for Apotex Corp.*

/s/ G. Robert Gage, Jr.
G. Robert Gage, Jr., Esq.
Gage Spencer & Fleming LLP
410 Park Avenue, Suite 810
New York, New York 10022
Tel: 212-768-4900
Fax: 212-768-3629
grgage@gagespencer.com

*Counsel for Ara Aprahamian*

/s/ Nathan E. Denning
Nathan E. Denning
Chloe S. Booth
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Tel: (212) 551-2600
Fax (212) 551-2888
ndenning@wiggin.com

Benjamin H. Diessel
Emmett F. Gilles
Christopher Bailes
Ariela C. Anhalt
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
Tel: (203) 498-4400
Fax: (203) 782-2889
bdiessel@wiggin.com
egilles@wiggin.com
cbooth@wiggin.com
cbailes@wiggin.com
aanhalt@wiggin.com

*Counsel for Aurobindo Pharma U.S.A., Inc.*

*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

*Counsel for Bausch Health Americas, Inc. and Bausch Health US, LLC*

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
+1.202.434.7448
MNLipkowitz@mintz.com

*Counsel for Mitchell S. Blashinsky*

*/s/ Guy Petrillo*
Guy Petrillo
Christina Karam
PETRILLO KLEIN & BOXER LLP
655 Third Ave.
22nd Floor
New York, NY 10017
212-370-0330

*Counsel for Douglas Boothe*

*/s/ Donald Hawthorne*
Donald Hawthorne, Esq.
Email: dhawthorne@curtis.com
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Tel: +1 212 696 6000
Fax: +1 212 697 1559

*Counsel for Breckenridge Pharmaceutical Inc.*

*/s/ Larry H. Krantz*
Larry H. Krantz
Jerrold L. Steigman
KRANTZ & BERMAN LLP
747 Third Avenue, 32nd Floor
New York, New York 10017
lkrantz@krantzberman.com
jsteigman@krantzberman.com

*Counsel for James Brown*

*/s/ Thomas H. Suddath, Jr.*
Thomas H. Suddath, Jr.
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: 215-851-8100
Facsimile: 215-851-1420
tsuddath@reedsmith.com

*Counsel for Maureen Cavanaugh*

*/s/ Steven E. Bizar*
Steven E. Bizar
John P. McClam
Agnese Nadalini
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel : (215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com
agnese.nadalini@dechert.com

*Counsel for Citron Pharma, LLC*

*/s/ Amy Carver*
Amy Carver
Welsch & Recker
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
abcarver@welshrecker.com

*Counsel for Tracy Sullivan DiValerio*

*/s/ Roger B. Kaplan*
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Brian T. Feeney
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7812
Facsimile: (215) 717-5265
brian.feeney@gtlaw.com

*Counsel for Dr. Reddy's Laboratories, Inc.*

*/s/ James A. Backstrom*
James A. Backstrom
JAMES A. BACKSTROM,
COUNSELLOR AT LAW
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*Counsel for Marc Falkin*

*/s/ Dimitra Doufekias*
Dimitra Doufekias
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Tel.: (202) 887-1500
Fax: (202) 887-0763
ddoufekias@mofo.com

*Counsel for Glenmark Pharmaceuticals Inc., USA*

/s/ Robert E. Connolly
Robert E. Connolly
Law Office of Robert Connolly, LLC
1735 Market Street
Suite 125, #469
Philadelphia, Pa. 19103
Telephone: (215) 219-4418
bob@reconnollylaw.com

*Counsel for James Grauso*

/s/ Robert E. Welsh, Jr.
Robert E. Welsh, Jr.
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
rewelsh@welshrecker.com

*Counsel for Kevin Green*

/s/ George Gordon
George G. Gordon
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2000
Fax: (215) 994-2240
george.gordon@dechert.com

*Counsel for Lannett Company, Inc.*

/s/ Colin Kass
Colin R. Kass
Proskauer Rose LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6890
Facsimile: (202) 416-6899
ckass@proskauer.com

Bradley I. Ruskin
David A. Munkittrick
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bruskin@proskauer.com
dmunkittrick@proskauer.com

Leiv Blad
Meg Slachetka
Competition Law Partners
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Counsel for Lupin Pharmaceuticals, Inc.*

/s/ Robert J. Cleary
Robert J. Cleary
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212.969.3000
rlceary@proskauer.com

*Counsel for Rajiv Malik*

/s/ Brian J. Smith
Michael Martinez
Lauren Norris Donahue
Brian J. Smith
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
Fax 312-827-8000
michael.martinez@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Mayne Pharma Inc.*

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, New York 10019
Phone: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Phone: (202) 973-8800
Fax: (202) 973-973-8899
ssilber@wsgr.com
jbank@wsgr.com

Benjamin F. Holt
Adam K. Levin
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street
NW Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

*Counsel for Mylan Inc. and Mylan Pharmaceuticals Inc.*

/s/ Peter M. Ryan
Peter M. Ryan
COZEN O'CONNOR P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2130
Facsimile: (215) 701-2157
pryan@cozen.com

*Counsel for James Nesta*

/s/ Adam S. Lurie
Adam S. Lurie
LINKLATERS LLP
601 Thirteenth Street NW
Suite 400S
Washington, DC 20005
Telephone: (202) 654-9200
Facsimile: (202) 654-9210
adam.lurie@linkaters.com

*Counsel for Michael Perfetto*

9

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
William S.D. Cravens
Molly R. Maidman
Y. Frank Ren
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  +1.202.739.3000
Facsimile:   +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
molly.maidman@morganlewis.com
frank.ren@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  +1.215.963.5000
Facsimile:   +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Perrigo New York, Inc.*


*/s/ Margaret A. Rogers*
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
Margaret.Rogers@arnoldporter.com

*Counsel for Sandoz Inc. and Fougera Pharmaceuticals Inc.*

*/s/ Jeffrey Brown*
Jeffrey Brown
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3511
Facsimile: (212) 698-3599
jeffrey.brown@dechert.com

*Counsel for Dave Rekenthaler*


*/s/ Calli J. Padilla*
Stephen A. Miller
Calli J. Padilla
COZEN O'CONNOR P.C.
1650 Market Street
Suite 2800
Philadelphia, PA 19103
(215) 665-6938
(215) 253-6777 (fax)
samiller@cozen.com
cpadilla@cozen.com

*Counsel for Richard Rogerson*

/s/ Alison Tanchyk
J. Gordon Cooney, Jr.
John J. Pease III
Alison Tanchyk
William T. McEnroe
Zachary M. Johns
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com
zachary.johns@morganlewis.com

Amanda B. Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc.*

/s/ Charles S. Leeper
Charles S. Leeper
Kenneth M. Vorrasi
Alison M. Agnew
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC  20005
Telephone:  202-842-8800
Facsimile:  202-842-8465
charles.leeper@faegredrinker.com
kenneth.vorrasi@faegredrinker.com
alison.agnew@faegredrinker.com

*Counsel for John Wesolowski*

/s/ Clifford Katz
Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Fax: (212) 808-7897
ckatz@kelleydrye.com

*Counsel for Wockhardt USA LLC*

*/s/ Jason R. Parish*
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:  (202) 452-7900
Fax:  (202) 452-7989
jason.parish@bipc.com

Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel:  (412) 562-8800
Fax:  (412) 562-1041
bradley.kitlowski@bipc.com

*Counsel for Zydus Pharmaceuticals (USA) Inc.*