BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| *This document relates to*:<br><br>*State of Connecticut et al. v. Aurobindo Pharma USA, Inc., et al.* | No. 2:17-cv-03768 (CMR) (E.D. Pa.)<br>No. 3:16-cv-02056 (VLB) (D. Conn.) |

**DEFENDANT ASCEND LABORATORIES, LLC's STATEMENT OF JOINDER IN THE RESPONSE IN OPPOSITION TO THE STATES' MOTION TO REMAND**

Defendant Ascend Laboratories, LLC hereby joins the Response in Opposition to the States' Motion to Remand filed by defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals, LLC, Apotex Corp., Ara Aprahamian, Aurobindo Pharma U.S.A., Inc., Bausch Health Americas, Inc., Bausch Health US, LLC, Douglas Boothe, James Brown, Mitchell Blashinsky, Breckenridge Pharmaceutical, Inc., Maureen Cavanaugh, Citron Pharma, LLC, Marc Falkin, Dr. Reddy's Laboratories Inc., Glenmark Pharmaceuticals Inc., USA, James Grauso, Lannett Company, Inc., Kevin Green, Lupin Pharmaceuticals, Inc., Rajiv Malik, Mayne Pharma Inc., Mylan Inc., Mylan Pharmaceuticals Inc., James Nesta, Michael Perfetto, Perrigo New York Inc., Sandoz Inc., Fougera Pharmaceuticals Inc., David Rekenthaler, Richard Rogerson, Teva Pharmaceuticals USA Inc., Upsher-Smith Laboratories, LLC, John Wesolowski, Wockhardt USA LLC, Zydus Pharmaceuticals (USA), Inc.

Dated: December 19, 2023

Respectfully submitted,

*/s/ W. Gordon Dobie*
W. Gordon Dobie
Frank A. Battaglia
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
wdobie@winston.com

Irving Wiesen
LAW OFFICES OF IRVING L. WIESEN, P.C.
420 Lexington Ave. – Suite 2400
New York, NY 10170
Tel: (212) 381-8774
Fax: (646) 536-3185
iwiesen@wiesenlaw.com

*Counsel for Ascend Laboratories, LLC*